```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17335
   ALICE A RAASCH
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-5709


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/24/07 .

    2.  The case was dismissed without confirmation, 12/21/2007.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
GUARANTY BANK              CURRENT MORTG          .00            .00           .00
GUARANTY BANK              MORTGAGE ARRE    NOT FILED            .00           .00
BARBARA LAMBRIGHT          UNSECURED        NOT FILED            .00           .00
COMED                      UNSECURED        NOT FILED            .00           .00
LAKE FOREST HOSPITAL       UNSECURED        NOT FILED            .00           .00
NORTH SHORE GAS            UNSECURED        NOT FILED            .00           .00
T MOBILE VOICE STREAM      UNSECURED        NOT FILED            .00           .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00          .00         .00
PRINCIPAL PAID           .00         .00         .00          .00         .00
INTEREST PAID            .00         .00         .00          .00         .00
TOTAL PAID               .00         .00         .00          .00         .00
The Debtor's attorney, HAROLD M SAALFELD            , was allowed $      .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 17335 ALICE A RAASCH
```